1 CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
2 GORDON & REES LLP
Embarcadero Center West
3 275 Battery Street, Suite 2000
San Francisco, CA 94111
4 Telephone: (415) 986-5900
Facsimile: (415) 986-8054
5
Attorneys for Defendant
6 UNITED RENTALS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JUANNA SANCHEZ (an individual), JUANNA ) CASE NO.
SANCHEZ, as guardian ad litem for minor SUSANA )
12 SAMAGUEY, SANDRA SAMAGUEY, JUAN ) Case No. RG 08-371861 (Alameda
JESUS SAMAGUEY, GUILLERMINA ANDREA, ) County Superior Court)
13 and THE ESTATE OF JESUS SAMAGUEY, )
                                              ) **NOTICE OF REMOVAL OF**
14                    Plaintiffs              ) **ACTION UNDER 28 U.S.C. § 1441(b)**
                                              ) **(Diversity)**
15      v.                                    )
                                              ) Complaint Filed On: February 19, 2008
16 UNITED RENTALS, INC., DEERE AND            )
COMPANY and Does 1 through 20,                )
17                                            )
                    Defendants                )
18                                            )
                                              )
19

20      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21      PLEASE TAKE NOTICE that defendant United Rentals, Inc. ("United Rentals"), by and

22 through undersigned counsel, hereby remove to this Court the state court action described below.

23      1.     On February 19, 2008, an action was commenced in the Superior Court of the

24 State of California in and for the County of Alameda entitled *Juanna Sanchez (an individual),*

25 *Juanna Sanchez, as Guardian ad litem for minor Susana Samaguey, Sandra Samaguey, Juan*

26 *Jesus Samaguey, Guillermina Andrea, and the Estate of Jesus Samaguey, Plaintiffs v. United*

27 *Rentals, Inc., Deere and Company and Does 1 through 20, Defendants*, identified as Case No.

28 RG 08-371861. A copy of the complaint is attached hereto as Exhibit "A."

-1-

URENT/1049905/5745812v.1

2.      United Rentals was served with a copy of the summons and complaint in this action on June 11, 2008.  A copy of the summons and all other pleadings and/or notices/orders served upon United Rentals are attached hereto as Exhibit "B" pursuant to 28 U.S.C. § 1446(b).

3.      Because this notice of removal is filed within 30 days of service of the summons and complaint, it is timely under 28 U.S.C. § 1446(b).

4.      This action originally could have been filed in this Court under 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000, exclusive of interest and costs.  Thus, this Court has original jurisdiction over this matter and it is removable pursuant to provisions of 28 U.S.C. § 1441(a), (b) and (c).

5.      Plaintiffs Juanna Sanchez, Susana Samaguey, Sandra Samaguey, Juan Jesus Samaguey and Guillermina Andrea are, and were at the institution of this lawsuit, residents of the State of California.  Complaint at ¶ 1.

6.      United Rentals is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Connecticut.  As a result, United Rentals is not now, and was not at the time of the filing of the complaint, a citizen or resident of the State of California within the meaning of the acts of Congress relating to the removal of cases.

7.      Defendant Deere & Company is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Illinois.  As a result, Deere & Company is not now and was not at the time of the filing of the complaint, a citizen or resident of the State of California within the meaning of the acts of Congress relating to the removal of cases.

8.      Defendant Deere & Company consents to this Notice of Removal.  Deere & Company's written joinder is attached hereto as Exhibit "C."

9.      Although the complaint includes various unidentified "Doe" defendants, the citizenship of such "Doe" defendants is disregarded for removal purposes.  28 U.S.C. § 1441(a).

10.     Plaintiffs claim they are specified heirs entitled to recover damages on their own behalf for the loss they have sustained by reason of the death of Jesus Samaguey, husband or

-2-

1    father.  Plaintiffs contend that as a result of the death of Jesus Samaguey, each plaintiff has

2    suffered general damages, medical and incidental expenses, attorneys' fees and costs and

3    prejudgment interest.  Complaint at pp. 10-11.  Because the damages claims of each plaintiff

4    presents a united claim for undivided and common interests, the damages claims are aggregated

5    in order to meet the jurisdictional minimum of this Court.  *Kirkland v. Midland Mortg. Co.*, 243

6    F.3d 1277, 1280 (11th Cir. 2001); *Aleen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1334 (5th Cir.

7    1995).

8        11.    Pursuant to California law, plaintiffs are prohibited from asserting a damage

9    amount in the complaint alleging wrongful death.  See California Code of Civil Procedure

10   section 425.10(b).  Plaintiffs claim, however, unspecified amounts of compensatory damages and

11   fees and costs.  These damages will likely include not only out-of-pocket losses, but also the total

12   value of benefits plaintiffs could reasonably expect to receive from the decedent if he had lived.

13   Plaintiffs are entitled to claim recovery for damages for support and other financial benefits the

14   decedent may have provided to plaintiffs, compensation for the loss of services, advice and

15   training provided by the decedent and compensation for the loss of love, companionship,

16   comfort, affection, society, solace and moral support of the decedent.

17       12.    United Rentals is informed and believes decedent Jesus Samaguey was 55 years-

18   old at the time of the incident giving rise to this case.  In light of the decedent's age at the time of

19   death, the nature of the claims asserted in the state action and the number of plaintiffs involved,

20   it is facially apparent from the complaint that the reasonable conclusion of the amount in

21   controversy for this matter exceeds $75,000, exclusive of interest and costs.  See, e.g., *Valdez v.

22   Allstate Ins., Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004) (where it is not facially evident from the

23   complaint that the amount in controversy is more than $75,000, removing party need only show

24   by a preponderance of the evidence that amount meets the jurisdictional threshold).

25       13.    As set forth above, this Notice of Removal is filed within 30 days of service of the

26   summons and complaint.

27       14.    United Rentals has sought no similar relief.

28       15.    The prerequisites for removal under 28 U.S.C. § 1441 have been met.

-3-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

16.    Pursuant to 28 U.S.C. § 1446(d) written notice of the removal of this action has been simultaneously provided to plaintiffs' counsel, and a Notice to Adverse Party of Removal to Federal Court is being simultaneously filed with the Superior Court of California, County of Alameda and is attached hereto, as Exhibit "D", a file endorsed copy will be attached to United Rentals, Inc.'s Certificate of Service.

17.    Pursuant to the Civil Rules, Rule 3-5(b), this identifies the basis for assignment to a particular location or division of the Court pursuant to Local Rule 3-2 (c). Pursuant to Local Rule 3-2 (c), all civil actions shall be assigned to a courthouse serving the County in which the action arises. Under Local Rule 3-2 (d), actions arising in the county of Alameda, as does this one, may be assigned to San Francisco or Oakland. This matter should therefore be assigned to the San Francisco or Oakland Division pursuant to Local Rules 3-1, 3-2(c), (d).

18.    If any question arises as to the propriety of the removal of this action, United Rentals requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, United Rentals desiring to remove this case to the United States District Court for the Northern District of California, being the district and division of said court for the county in which said action is pending, pray that the filing of this Notice of Removal shall effect the removal of said action to this Court.

Dated: July 10, 2008                    GORDON & REES LLP

By: _____
CHARLES S. CUSTER
JON C. YONEMITSU
Attorneys for Defendant
UNITED RENTALS, INC.

-4-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

DOROTHY L. LEE

1  ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
   MATTHEW J. QUINLAN, ESQ. (SBN: 236507)
2  THE CARTWRIGHT LAW FIRM, INC.
   222 Front Street, Fifth Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-0444
4  Fax: (415) 433-0449

5  Attorneys for Plaintiffs Juanna Sanchez, Sandra Samaguey, Juan Jesus Samaguey, Susana
   Samaguey, Guillermina Andrea, and The Estate of Jesus Samaguey
6

7                    SUPERIOR COURT OF CALIFORNIA

8                         COUNTY OF ALAMEDA

9

10  JUANNA SANCHEZ (an individual),
11  JUANNA SANCHEZ (as Guardian ad Litem
    for minor SUSANA SAMAGUEY), SANDRA
12  SAMAGUEY, JUAN JESUS SAMAGUEY,
    GUILLERMINA ANDREA, and THE
13  ESTATE OF JESUS SAMAGUEY,
14       Plaintiffs,
15       vs.
16  UNITED RENTALS, INC. (a corporation);
    DEERE AND COMPANY (a corporation);
17  and DOES 1 through 20, inclusive,
18       Defendants.
19
20
21

Case No.

RG  08 - 371861

COMPLAINT FOR DAMAGES

(Personal Injuries; Negligence, Strict
Products Liability-Design Defect, Strict
Products Liability-Failure to Warn,
Breach of Express Warranty, Breach of
Implied Warranty, Wrongful Death)

(Jury Trial Demanded)

22

23       Comes now JUANNA SANCHEZ (an individual), JUANNA SANCHEZ (as Guardian ad
24  Litem for minor SUSANA SAMAGUEY), SANDRA SAMAGUEY, JUAN JESUS
25  SAMAGUEY, GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY,
26  (hereinafter "Plaintiffs"), by and through their attorneys The Cartwright Law Firm, Inc., and
27  submit this Complaint for Damages against the above-named Defendants.
28
29

## GENERAL ALLEGATIONS

1.      At all times relevant to this action, Plaintiffs were residents of the State of California.

2.      Plaintiff Juanna Sanchez is the common law wife of Decedent Jesus Samaguey.

3.      Plaintiffs Sandra Samaguey, Juan Jesus Samaguey, Susana Samaguey and Guillermina Andrea are the children of Decedent Plaintiff Jesus Samaguey.

4.      Plaintiff is informed and believes, and thereon alleges that Defendant UNITED RENTALS, INC. is a corporation duly licensed to do business, and was doing business, under and by virtue of the laws of the state of California.

5.      Plaintiff is informed and believes, and thereon alleges that Defendant DEERE AND COMPANY is a corporation duly licensed to do business, and was doing business, under and by virtue of the laws of the state of California.

6.      Plaintiffs are ignorant of the true names and/or capacities of Defendants sued herein as DOES 1 through 20, inclusive, and therefore sue these Defendants by fictitious names.  Plaintiffs will amend this complaint to allege the true names and/or capacities of these Defendants when ascertained.  Plaintiffs are informed, believe and thereon allege that each of the fictitiously named Defendants is legally responsible in some manner for the occurrences herein alleged, and that Plaintiffs' injuries as herein alleged were proximately caused by the Defendants' negligence.

7.       At all times mentioned in this cause of action Defendants DOES 1 through 20 placed into the stream of commerce by manufacturing, compounding, packaging, designing, fabricating, distributing, labeling, testing, analyzing, recommending, merchandising, advertising, inspecting, promoting, warranting, preparing, renting, and selling John Deere Tractors to the general public.  Further, at all times mentioned herein, each and every one of these defendants was the agent, employee, associate, partner, joint venturer, franchisee, and/or subsidiary, of each of the other defendants and was at all times acting within the scope of that relationship.

8.      At all relevant times hereto Defendants DOES 1 through 20 were individuals,

partnerships, corporations, business associations, governments, or other types of associations and/or entities, and were either residents of the State of California or were subject to the jurisdiction of the State of California.

### FIRST CAUSE OF ACTION
### (NEGLIGENCE)

FOR A FIRST, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANTS, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR NEGLIGENCE (PERSONAL INJURIES) AND ALLEGE AS FOLLOWS:

9.      Plaintiffs incorporate by reference all of the allegations set forth above.

10.      On or about May 20, 2006, Defendant UNITED RENTALS, INC. rented to Plaintiff Decedent Jesus Samaguey and his employer a certain John Deere tractor, identified as model No. 4310. The tractor was manufactured and distributed by Defendant DEERE AND COMPANY.

11.      Defendants, and each of them, owed a duty of care to Plaintiffs to ensure that their products and services were safe for ordinary consumer use.

12.      Defendants, and each of them, so carelessly and negligently manufactured, compounded, packaged, designed, fabricated, distributed, labeled, tested, analyzed, recommended, merchandised, inspected, advertised, promoted, warranted, prepared, rented and/or sold said John Deere tractor so as to cause Decedent Plaintiff, while operating the tractor, to be crushed by the tractor as it rolled completely over him, resulting in his death.

13.      The negligence, recklessness and other wrongful acts of Defendants, and each of them, were a direct and proximate cause of the death of Decedent Plaintiff Jesus Samaguey, and

were thus a direct and proximate cause of damages to Plaintiffs Juanna Sanchez, Sandra Samaguey, Juan Jesus Samaguey, Susana Samaguey and Guillermina Andrea.

14.    Plaintiffs have been generally damaged in a sum in excess of the jurisdictional limits of the Superior Court.

15.    Plaintiffs have lost pre-judgment interest pursuant to Civil Code §3291, the exact amount of which Plaintiffs pray leave to insert herein when finally ascertained.

16.    Plaintiffs herein anticipate the filing of an Offer to Compromise pursuant to Code of Civil Procedure §998 and, upon filing of said offer, are entitled to interest on the amount of any judgment obtained in favor of Plaintiffs, provided said judgment exceeds the amount stated in said Offer, said interest to be computed from the date of filing of said Offer to Compromise.

17.    As a further, direct and proximate result of the conduct of Defendants, and each of them, Plaintiffs have incurred damages attributable to an ascertainable economic value, as herein alleged. Plaintiffs are thus entitled to prejudgment interest on said damages attributable to an ascertainable economic value pursuant to Civil Code §3288.

Wherefore Plaintiffs pray judgment against Defendants, and each of them, as hereinafter alleged.

## SECOND CAUSE OF ACTION
## (STRICT PRODUCTS LIABILITY-DESIGN DEFECT)

FOR A SECOND, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANT DEERE AND COMPANY AND DOES 1 THROUGH 10, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR STRICT PRODUCTS LIABILITY-DESIGN DEFECT AND ALLEGE AS FOLLOWS:

18.    Plaintiffs incorporate by reference all of the allegations set forth above.

19.    Defendants, and each of them, manufactured, compounded, packaged, designed, fabricated, distributed, labeled, tested, analyzed, recommended, merchandised, advertised, promoted, inspected, warranted, prepared, rented and/or sold said John Deere tractor, which was intended to be used by the general public.

20.    Said tractor was defective and unsafe for its intended use, and for any other foreseeable uses, by reason of defects in its design, including, but not limited to the design as pertaining to protection for the driver. Said tractor failed to perform in the manner that an ordinary consumer would expect.

21.    Defendants, and each of them, knew, or by the application of reasonably developed human skill and foresight, should have known, that said subject tractor was unsafe and inherently defective.

22.    As a direct and proximate result of the above mentioned defects in the subject tractor, Decedent Plaintiff Jesus Samaguey suffered death. This occurred even though Decedent Plaintiff Jesus Samaguey was using the product in a reasonably foreseeable manner.

23.    As a direct and proximate result of the aforementioned defective design by the Defendants, resulting in the death of Plaintiff Decedent Jesus Samaguey, Plaintiffs, and each of them, have suffered injuries, damages, loss, and harm as alleged in this Complaint.

Wherefore Plaintiffs pray judgment against Defendants, and each of them, as hereinafter alleged.

## THIRD CAUSE OF ACTION
### (STRICT PRODUCTS LIABILITY-FAILURE TO WARN)

FOR A THIRD, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SUSANA

SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANT DEERE AND COMPANY AND DOES 1 THROUGH 10, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR STRICT PRODUCTS LIABILITY-FAILURE TO WARN AND ALLEGE AS FOLLOWS:

24. Plaintiffs incorporate by reference all of the allegations set forth above.

25. Defendants, and each of them, manufactured, compounded, packaged, designed, fabricated, distributed, labeled, tested, analyzed, recommended, merchandised, advertised, promoted, inspected, warranted, prepared, rented and/or sold said John Deere tractor, which was intended to be used by the general public. Defendants, by placing this product into the stream of commerce, had a duty to warn consumers, including Plaintiff Decedent Jesus Samaguey, of the product's known or knowable risks.

26. Defendants, and each of them, failed to warn of the risks inherent in the use and operation of the tractor, including but not limited to the risk associated with operating the tractor while on an incline.

27. Defendants, and each of them, knew, or should have known of the risks inherent in the use and operation of the tractor and failed to warn of such risks.

28. As a direct and proximate result of the failure to warn concerning the subject tractor, Decedent Plaintiff Jesus Samaguey suffered death.

29. As a direct and proximate result of the aforementioned actions and inactions of the Defendants, resulting in the death of Plaintiff Decedent Jesus Samaguey, Plaintiffs, and each of them, have suffered injuries, damages, loss, and harm as alleged in this Complaint.

Wherefore Plaintiffs pray judgment against Defendants, and each of them, as hereinafter alleged.

## FOURTH CAUSE OF ACTION
## (BREACH OF EXPRESS WARRANTY)

FOR A FOURTH, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANTS, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR BREACH OF EXPRESS WARRANTY AND ALLEGE AS FOLLOWS:

30.     Plaintiffs incorporate by reference all of the allegations set forth above.

31.     At all times herein mentioned, in and prior to 2006, Defendants, and each of them, utilized advertising media and other means to urge the sale, rental and use of the subject John Deere tractor, and expressly warranted to Plaintiffs and members of the general public that the said tractor was effective, proper, warranted, and safe for their intended use.

32.     Such express warranty constituted an affirmation of fact, promise, description and/or sample as provided in Uniform Commercial Code Section 2313 (hereinafter referred to as UCC Section 2313).  This express warranty accompanied the rental of the subject tractor to Plaintiffs and the general public, and became part of the rental contract and basis of the bargain.  Plaintiffs relied on this express warranty.

33.     Defendants breached this express warranty. The subject tractor contained defects so that it was not fit for the ordinary purposes for which it was to be used. The subject tractor also did not conform to the affirmation of facts and promises which were represented to the consumer.

34.     It is alleged on information and belief that, within a reasonable time thereafter, Plaintiffs gave Defendants, and each of them, actual or constructive notice of Defendants' said breach, as prescribed by UCC Section 2607.

35.    As a proximate result of said defects in said tractor, resulting in the breach of express warranty by Defendants, and each of them, Plaintiffs were damaged in an amount to be proven at trial.

36.    As a direct and proximate result of the aforementioned actions and inactions of Defendants, Decedent Plaintiff Jesus Samaguey died, and as a result Plaintiffs suffered damages, loss, and harm as alleged in this Complaint.

Wherefore,  Plaintiffs pray judgment against Defendants, and each of them, as hereinafter alleged.

## FIFTH CAUSE OF ACTION
## (BREACH OF IMPLIED WARRANTY)

FOR A FIFTH, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANTS, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR BREACH OF IMPLIED WARRANTY AND ALLEGE AS FOLLOWS:

37.    Plaintiffs incorporate by reference all of the allegations set forth above.

38.    At all times mentioned, Defendants, and each of them, were and are the manufacturers, sellers and/or rental companies of the subject John Deere tractor (i.e., merchants with respect to goods of that kind [as defined in UCC Section 2104(1)]). Plaintiffs were the buyers and/or users of the goods purchased from Defendants.

39.    Defendants, and each of them, impliedly warranted to Plaintiffs that the said tractor was of merchantable quality. Such warranty was implied in the contract for rental of the subject tractor to Plaintiffs.

40.    Said John Deere tractor was not of merchantable quality as warranted by Defendants, and each of them, in that it was not fit for the ordinary purposes for which such tractor is used, as well as the purpose for which it was represented. Thus, Defendants breached the implied warranty of merchantability.

41.    It is alleged on information and belief that, within a reasonable time thereafter, Plaintiffs gave Defendants, and each of them, actual or constructive notice of Defendants' said breach, as prescribed by UCC Section 2607.

42.    As a proximate result of said defects in said tractor, resulting in the breach of implied warranty of merchantability by Defendants, and each of them, Plaintiffs were damaged in an amount to be proven at trial.

43.    As a direct and proximate result of the aforementioned actions and inactions of Defendants, Decedent Plaintiff Jesus Samaguey died, and as a result Plaintiffs suffered damages, loss, and harm as alleged in this Complaint.

44.    As a further proximate result of the rental/distribution of the said tractor, resulting in the breach of implied warranty of merchantability by Defendants, as alleged above, Plaintiffs have incurred, and will incur legal expenses, the full nature and extent of which are not yet known to Plaintiffs. Leave is therefore requested to amend this Complaint to conform to proof and to plead the amount of attorney's fees and costs at the time of trial.

Wherefore, Plaintiffs pray judgment against Defendants, and each of them, as hereinafter alleged.

### SIXTH CAUSE OF ACTION
### (WRONGFUL DEATH)

FOR A SIXTH, SEPARATE AND DISTINCT CAUSE OF ACTION, PLAINTIFFS JUANNA SANCHEZ, JUANNA SANCHEZ, AS GUARDIAN AD LITEM FOR MINOR SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, AND THE ESTATE OF JESUS SAMAGUEY COMPLAIN OF DEFENDANTS, AND EACH OF THEM, FOR A CAUSE OF ACTION FOR WRONGFUL DEATH AND ALLEGE AS FOLLOWS:

45.    Plaintiffs incorporate by reference all of the allegations set forth above.

46.    Defendants owed a duty to Plaintiffs to exercise due care, including but not limited to, care in their manufacturing, compounding, packaging, design, fabrication, distribution, labeling, testing, analysis, recommendation, merchandising, advertising, inspection, promotion, warranting, preparation, selling and/or rental of said John Deere tractor.

47.    Defendants negligently, recklessly, in violation of California law, breached their duty of care to Plaintiffs by failing to exercise the above described standards, thereby causing the aforementioned death.

48.    The negligence, recklessness and other wrongful acts of Defendants were a direct and proximate cause of the death of Decedent Plaintiff Jesus Samaguey, and were thus a direct and proximate cause of damages to Plaintiffs.

49.    As a result of the negligence, recklessness, and other wrongful acts of Defendants, and each of them, Decedent Plaintiff Jesus Samaguey suffered death and Plaintiffs Juanna Sanchez, Sandra Samaguey, Juan Jesus Samaguey, Susana Samaguey and Guillermina Andrea suffered extraordinary losses and damages as a result of Decedent Plaintiff Jesus Samaguey's death.

Wherefore, Plaintiffs pray judgment against Defendants, and each of them, as follows:

1.    General damages in an amount to be determined according to proof;

2.    Medical and incidental expenses according to proof;

3.      Interest on the amount of judgment commencing from the filing of an offer to compromise pursuant to C.C.P. §998;

4.      Prejudgment interest on those damages attributable to an ascertainable economic value;

5.      Costs of suit herein;

6.      Such other and further relief as the court may deem proper.

DATED: February 14, 2008

THE CARTWRIGHT LAW FIRM, INC.

By: _____
        ROBERT E. CARTWRIGHT, JR., ESQ.
        *Attorneys for Plaintiffs Juanna Sanchez, Sandra*
        *Samaguey, Juan Jesus Samaguey, Susana Samaguey and*
        *Guillermina Andrea and The Estate of Jesus Samaguey*

| | SUM-100 |
|---|---|

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNITED RENTALS, INC. (a corporation); DEERE AND
COMPANY (a corporation); and DOES 1 through 20,
inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JUANNA SANCHEZ (an individual), JUANNA SANCHEZ (as
Guardian ad Litem for minor SUSANA SAMAGUEY), SANDRA
SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA,
and THE ESTATE OF JESUS SAMAGUEY,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

JUN 0 9 2008

CLERK OF THE SUPERIOR COURT
By KMEL DHILLON    Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* RG08-371861 |

ALAMEDA SUPERIOR COURT
UNLIMITED JURISDICTION
1225 Fallon Street
Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del demandante, o del demandante que no tiene abogado, es):*
ROBERT E. CARTWRIGHT, JR., ESQ., SBN:104284    (415) 433-0444   (415)433-0449
MATTHEW J. QUINLAN, ESQ., SBN:226507
THE CARTWRIGHT LAW FIRM, INC., 222 Front Street, 5th Flr.
San Francisco, CA 94111

DATE: JUN 0 9 2008    PAT S. SWEETEN    Clerk, by Kmel Dhillon , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*
(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* United Rentals, Inc. (a corporation)

   under: [X] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on (date):

Page 1 of 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ROBERT E. CARTWRIGHT, JR., ESQ., SBN:104<br>MATTHEW J. QUINLAN, ESQ., SBN:236507<br>THE CARTWRIGHT LAW FIRM, INC.<br>222 Front Street, 5th Flr.<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 433-0444  FAX NO.: (415)433-0449<br>ATTORNEY FOR (Name): Plaintiffs | DOROTHY L. LEE<br>ALAMEDA COUNTY<br><br>2008 FEB 19 PM12:44<br><br>BY _____<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: UNLIMITED JURISDICTION
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

CASE NAME: SAMAGUEY v. UNITED RENTALS, INC.

| CIVIL CASE COVER SHEET<br>[X] Unlimited    [ ] Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)    $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>RG 08 - 371861<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [X] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

**2.** This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
**4.** Number of causes of action (specify): Five
**5.** This case [ ] is  [X] is not  a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: February 14, 2008
ROBERT E. CARTWRIGHT, JR., ESQ., SBN:104
(TYPE OR PRINT NAME)    ► _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |



The Cartwright Law Firm Inc.
Attn: Cartwright Jr., Robert E.
222 Front Street, 5th Floor
San Francisco, CA  94111-____

---

## Superior Court of California, County of Alameda
## Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| Sanchez<br><br>Plaintiff/Petitioner(s)<br><br>VS.<br><br>United Rentals<br>Defendant/Respondent(s)<br>(Abbreviated Title) | No. <u>RG08371861</u><br><br>Application Re: Appointment of<br>Guardian Ad Litem Granted |

The Court finds that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

The Court orders that Juanna Sanchez is hereby appointed as the guardian ad litem for Susana Sanchez for the reasons set forth in item 5 of the application.

Dated:  05/28/2008

_Cecilia Castellanos_ facsimile

Judge Cecilia P. Castellanos

Superior Court of California, County of Alameda
Rene C. Davidson Alameda County Courthouse

Case Number: RG08371861
Appointment of Guardian Ad Litem of 05/28/2008

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the
foregoing document was mailed first class, postage prepaid, in a sealed envelope,
addressed as shown on the foregoing document or on the attached, and that the
mailing of the foregoing and execution of this certificate occurred at
1225 Fallon Street, Oakland, California.

    Executed on 05/28/2008.

                                Executive Officer / Clerk of the Superior Court

                          By _____

                                                        Deputy Clerk

May-23-08    08:45    From-The Cartwright Law Firm                +415 433 0449        T-624   P.002/003   F-576

05/22/2008    09:08    5106386092                    ROGERS FAMILY CO                                PAGE    01
Apr-29-08    14:25    From-The Cartwright Law Firm                +415 433 0449        T-524   P.002/003   F-318

ENDORSED
FILED
ALAMEDA COUNTY

MAY 23 2008

CIV-010

ATTORNEY (Name, state bar number, and address):
ROBERT E. CARTWRIGHT, JR., ESQ.; SBN: 104284
MATTHEW J. QUINLAN, ESQ., SBN: 236507
THE CARTWRIGHT LAW FIRM, INC.
222 Front Street, 5th Flr.
San Francisco, CA 94111
TELEPHONE NO.: (415) 433-0444    FAX NO. (Optional): (415)433-0449
E-MAIL ADDRESS (Optional): biz@cartwrightlaw.com
ATTORNEY FOR (Name): Plaintiffs

CLERK OF THE
SUPERIOR COURT
DOROTHY DREWE

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: UNLIMITED JURISDICTION
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF/PETITIONER: JUANNA SANCHEZ (an individual), et al.

DEFENDANT/RESPONDENT: UNITED RENTALS, INC.; DEERE AND COMPANY, and DOES 1 through 20, inclusive

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM—CIVIL
☐ EX PARTE

CASE NUMBER:
RG-08 371861

*Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FJ-200. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.*

1. Applicant (name): Juanna Sanchez    is
   a. ☒ the parent of (name): Susana Samaguey
   b. ☐ the guardian of (name):
   c. ☐ the conservator of (name):
   d. ☐ a party to the suit.
   e. ☐ the minor to be represented (if the minor is 14 years of age or older).
   f. ☐ another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Juanna Sanchez
   1231 84th Avenue
   Oakland, CA 94621

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   Susana Sanchez
   same address as above

4. The person to be represented is:
   a. ☒ a minor (date of birth): 4-2-92
   b. ☐ an incompetent person.
   c. ☐ a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. ☐ the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Plaintiff suffered damages, loss, and severe emotional distress when her father, Jesus Samaguey, was killed as a result of the Defendants' negligence, strict liability, and breach of warranty in their manufacture, design, warning, marketing, and renting, etc. of a tractor, which rolled over Jesus Samaguey.

   ☐ Continued on Attachment 5a.

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2007]

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM—CIVIL

Legal
Solutions
& Plus

Page 1 of 2
Code of Civil Procedure,
§ 372, et seq.

10577192.tif - 5/23/2008 9:29:46 AM

05/22/2008  09:08  5106386    ROGERS FAMILY C    PAGE  02

Apr-29-08  14:20  From-The Cartwright Law Firm    +415 433 0440    T-524  P.003/003  F-816

---

|  | CIV-010 |
|---|---|
| PLAINTIFF/PETITIONER: JUANNA SANCHEZ (an individual), et al. <br> DEFENDANT/RESPONDENT: UNITED RENTALS, INC.; DEERE AND COM | CASE NUMBER: <br> RG-08 371861 |

5.  b. [ ] more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. [X] the person named in item 3 has no guardian or conservator of his or her estate.

   d. [X] the appointment of a guardian ad litem is necessary for the following reasons *(specify)*: **To act as a representative of record for the minor plaintiff for the purpose of settlement and/or litigation of the minor's case and to act in the best interests of the minor**

   [ ] Continued on Attachment 5d.

6.  The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. [X] related *(state relationship)*: **Mother**
   b. [ ] not related *(specify capacity)*:

7.  The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed)*:

[ ] Continued on Attachment 7.

ROBERT E. CARTWRIGHT, JR., ESQ., SBN:
   (TYPE OR PRINT NAME)                                              ▶ _____
                                                                         (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/29/08

Juanna Sanchez
   (TYPE OR PRINT NAME)                                              ▶ _____
                                                                         (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date: 4/29/08

Juanna Sanchez
   (TYPE OR PRINT NAME)                                              ▶ _____
                                                                         (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

## ORDER    [ ] EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that *(name)*:
is hereby appointed as the guardian ad litem for *(name)*:
for the reasons set forth in item 5 of the application.

Date:

_____
                                                                         JUDICIAL OFFICER
                                              [ ] SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2007]                                                          Page 2 of 2

**APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM—CIVIL**

The Cartwright Law Firm Inc.
Attn: Cartwright Jr., Robert E.
222 Front Street, 5th Floor
San Francisco, CA  94111-____

CALENDARED ✓

RESPONSE DUE _____

REPLY DUE _____

## Superior Court of California, County of Alameda

| | |
|---|---|
| Sanchez | No. <u>RG08371861</u> |
| **Plaintiff/Petitioner(s)** | **NOTICE OF CASE MANAGEMENT** |
| vs. | **CONFERENCE AND ORDER** |
| United Rentals | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 07/03/2008 | Department: 18 | Judge: Cecilia P. Castellanos |
|---|---|---|
| Time: 08:30 AM | Location: Administration Building | Clerk: May Choo |
| | **Third Floor** | Clerk telephone: (510) 267-6934 |
| | **1221 Oak Street, Oakland  CA  94612** | E-mail: |
| | | Dept.18@alameda.courts.ca.gov |
| | Internet: http://www.alameda.courts.ca.gov | Fax: (510) 267-1506 |

### ORDERS

1.  You must:
    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  Give notice of this conference to any party not included in this notice and file proof of service;
    c.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

    *Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 02/21/2008.

By _____

Deputy Clerk





### *Superior Court of California, County of Alameda*

## *Notice of Judicial Assignment for All Purposes*

Case Number: RG08371861
Case Title:     Sanchez VS United Rentals
Date of Filing: 02/19/2008


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**This case is hereby assigned for all purposes to:**

| | |
|---|---|
| **Judge:** | **Cecilia P. Castellanos** |
| **Department:** | **18** |
| **Address:** | **Administration Building** |
| | **1221 Oak Street** |
| | **Oakland CA 94612** |
| **Phone Number:** | **(510) 267-6934** |
| **Fax Number:** | **(510) 267-1506** |
| **Email Address:** | **Dept.18@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULE 3.135.

<u>General Procedures</u>

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Cecilia P. Castellanos
DEPARTMENT 18

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at:
http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

## Schedule for Department 18

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays, Wednesdays and Thursdays from 9:30 a.m. to 4:30 p.m.
- Case Management Conferences are held: Initial Case Management Conferences: Tuesdays, Wednesdays, Thursdays at 8:30 a.m.
- Case Management Conference Continuances: Monday through Friday at 8:45 a.m.
- Law and Motion matters are heard: Tuesdays at 4:00 p.m. and Fridays at 1:30 p.m.
- Settlement Conferences are heard: Fridays at 9:30 a.m.
- Ex Parte matters are heard: Tuesdays and Thursdays at 9:00 a.m.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:        Dept.18@alameda.courts.ca.gov

  For all Law & Motion reservations, email Department 18 at the email address provided or fax the request to (510) 267-6990

- Ex Parte Matters
  Email:        Dept.18@alameda.courts.ca.gov

  FAX:        (510)267-6990

## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rule 3.30(c). Tentative rulings will become the Court's order unless contested. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 18
- Phone: 1-866-223-2244

Dated: 02/20/2008

Executive Officer / Clerk of the Superior Court

By _____

Deputy Clerk

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 02/21/2008

By _____

Deputy Clerk

1  **RYAN & FONG**
   **TIMOTHY J. RYAN - 99542**
2  **REBEKKA R. MARTORANO - 173600**
   2379 Gateway Oaks Drive, Suite 100
3  Sacramento, California 95833
   Telephone: (916) 924-1912
4  Facsimile: (916) 923-3872

5  Attorneys for Defendant
   DEERE & COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  JUANNA SANCHEZ (an individual);        )   CASE NO.
    JUANNA SANCHEZ (as Guardian ad Litem   )
12  for minor SUSANA SAMAGUEY); SANDRA     )
    SAMAGUEY; JUAN JESUS SAMAGUEY;         )   **JOINDER IN NOTICE OF**
13  GUILLERMINA ANDREA; and THE            )   **REMOVAL OF ACTION UNDER 28**
    ESTATE OF JESUS SAMAGUEY               )   **U.S.C. SECTION 1441(b)**
14                                         )   **(DIVERSITY)**
             Plaintiffs,                   )
15                                         )
    vs.                                    )
16                                         )
    UNITED RENTALS, INC. (a corporation);  )
17  DEERE AND COMPANY (a corporation); and )
    DOES 1 through 20, inclusive,          )
18                                         )
             Defendants.                   )
19  _____    )

20

21       Defendant Deere & Company hereby joins in defendant United Rental, Inc.'s Notice of Removal

22  to this Court of the state court action described in said Notice of Removal.

23

24  Dated: July __, 2008              RYAN & FONG

25

26                               By: _____
                                     REBEKKA R. MARTORANO
27                                   Attorneys for Defendant
                                     Deere & Company
28

                                  1
    _____
              JOINDER IN NOTICE OF REMOVAL OF ACTION

1    CHARLES S. CUSTER (SBN: 124270)
     JON C. YONEMITSU (SBN: 199026)
2    GORDON & REES LLP
     Embarcadero Center West
3    275 Battery Street, Suite 2000
     San Francisco, CA 94111
4    Telephone: (415) 986-5900
     Facsimile: (415) 986-8054
5
     Attorneys for Defendant
6    UNITED RENTALS, INC.

7

8                        SUPERIOR COURT OF CALIFORNIA

9                            COUNTY OF ALAMEDA

10

11   JUANNA SANCHEZ (an individual), JUANNA  )   Case No. RG 08-371861
     SANCHEZ, as guardian ad litem for minor SUSANA )
12   SAMAGUEY, SANDRA SAMAGUEY, JUAN  )   **DEFENDANT UNITED RENTALS,**
     JESUS SAMAGUEY, GUILLERMINA ANDREA, )   **INC.'S NOTICE TO STATE COURT**
13   and THE ESTATE OF JESUS SAMAGUEY,   )   **AND ADVERSE PARTY OF FILING**
                                          )   **OF NOTICE OF REMOVAL TO**
14                        Plaintiffs       )   **FEDERAL COURT**
                                          )
15   v.                                   )   Complaint Filed On:  February 19, 2008
                                          )
16   UNITED RENTALS, INC., DEERE AND      )
     COMPANY and Does 1 through 20,       )
17                                        )
                          Defendants      )
18                                        )
                                          )
19

20       PLEASE TAKE NOTICE that on or about July 10, 2008, defendant UNITED

21   RENTALS, INC. is filing its Notice of Removal to federal court pursuant to 28 U.S.C. § 1441(b)

22   in the office of the Clerk of the United States District Court for the Northern District of

23   California.  A copy of the Notice of Removal, without Exhibits, is attached.

24   Dated: July _10_, 2008                  GORDON & REES LLP

25                                           By: _____
26                                              CHARLES S. CUSTER
27                                              JON C. YONEMITSU
                                                Attorneys for Defendant
28                                              UNITED RENTALS, INC.

URENT/1049905/5754603v.1                     -1-