1  CHARLES S. CUSTER (SBN: 124270)
   JON C. YONEMITSU (SBN: 199026)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA  94111
4  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
5
   Attorneys for Defendant
6  UNITED RENTALS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | JUANNA SANCHEZ (an individual), JUANNA    ) | CASE NO.
   | SANCHEZ, as guardian ad litem for minor SUSANA ) |
12 | SAMAGUEY, SANDRA SAMAGUEY, JUAN    ) | Case No. RG 08-371861 (Alameda
   | JESUS SAMAGUEY, GUILLERMINA ANDREA,  ) | County Superior Court)
13 | and THE ESTATE OF JESUS SAMAGUEY,    ) |
                                           ) | CERTIFICATION AS TO
14 |                     Plaintiffs         ) | INTERESTED ENTITIES FOR
   |                                       ) | DEFENDANT UNITED RENTALS,
15 | v.                                    ) | INC.
   |                                       ) | [LR 3-16(c)]
16 | UNITED RENTALS, INC., DEERE AND       ) |
   | COMPANY and Does 1 through 20,        ) | Complaint Filed On:  February 19, 2008
17 |                                       ) |
   |                     Defendants        ) |
18 |_____)

19     Pursuant to Civil L.R. 3-16, the undersigned counsel certifies for defendant UNITED

20 RENTALS, INC. that as of this date, other than the named parties, there is no interest to report.

21 Dated: July 10, 2008                    GORDON & REES LLP

22
                                           By: _____
23                                              CHARLES S. CUSTER
                                                JON C. YONEMITSU
24                                              Attorneys for Defendant
                                                UNITED RENTALS, INC.
25

26

27

28

URENT/1049905/5775183v.1
                                          - 1 -
              CERTIFICATION AS TO INTERESTED ENTITIES FOR UNITED RENTALS, INC.
                                       [LR3-16(c)]