CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
UNITED RENTALS, INC.

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3332

JUANNA SANCHEZ (an individual), JUANNA SANCHEZ, as guardian ad litem for minor SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY,

    Plaintiffs

v.

UNITED RENTALS, INC., DEERE AND COMPANY and Does 1 through 20,

    Defendants

CASE NO.

Case No. RG 08-371861 (Alameda County Superior Court)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UNITED RENTALS, INC.**

Complaint filed on: February 19, 2008

Pursuant to Federal Rule of Civil Procedure 7.1, to enable a court to evaluate possible disqualification or recusal, the undersigned counsel for United Rentals, Inc. hereby provides the following information: United Rentals, Inc. is a Delaware corporation with no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 10, 2008

GORDON & REES LLP

By: _____
CHARLES S. CUSTER
JON C. YONEMITSU
Attorneys for Defendant
UNITED RENTALS, INC.