1  CHARLES S. CUSTER (SBN: 124270)
   JON C. YONEMITSU (SBN: 199026)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  UNITED RENTALS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | JUANNA SANCHEZ (an individual), JUANNA      ) CASE NO. C 08-03332 EMC
   | SANCHEZ, as guardian ad litem for minor SUSANA)
12 | SAMAGUEY, SANDRA SAMAGUEY, JUAN             )
   | JESUS SAMAGUEY, GUILLERMINA ANDREA,         ) **CERTICATE OF SERVICE OF**
13 | and THE ESTATE OF JESUS SAMAGUEY,            ) **NOTICE TO ADVERSE PARTY OF**
   |                                              ) **REMOVAL TO FEDERAL COURT**
14 |                Plaintiffs                    )
   |                                              )
15 |     v.                                       )
   |                                              )
16 | UNITED RENTALS, INC., DEERE AND              )
   | COMPANY and Does 1 through 20,               )
17 |                                              )
   |                Defendants                    )
18 |_____)

19       I, Yehimi Olvera, certify and declare as follows:

20       1. I am over the age of 18 years and not a party to this action.

21       2. My business address is 275 Battery Street, Suite 2000, San Francisco, California

22 94111, which is located in the city, county and state where the service described below took

23 place.

24       3. On July 10, 2008, I served counsel for plaintiff Juanna Sanchez, the adverse party,

25 Robert E. Cartwright, Jr., Esq. The Cartwright Law Firm, Inc., 222 Front Street, 5th Floor, San

26 Francisco, CA 94111 and counsel for co-defendant Deere & Co., Timothy J. Ryan, Esq.,

27 Rebekka R. Martorano, Esq., Ryan & Fong, 2379 Gateway Oaks Drive, Suite 100, Sacramento,

28 CA 95833 a copy of the Notice to State Court and Adverse Party of Filing of Notice of Removal

-2-

1  to Federal Court.

2      4. In connection with the removal of the within action, the United States District
3  Court issued to the removing defendants the following materials: (a) Notice of Removal of
4  Action, (b) Certification as to Interested Entities for Defendant (c) Corporate Disclosure
5  Statement (d) Welcome to the U.S. District Court Guidelines, (e) ECF Registration Information
6  Handout, (f) Notice of Assignment of Case to a United States Magistrate Judge for Trial, (g)
7  Consenting to a Magistrate Judge's Jurisdiction Book, (h) Standing Order for Magistrate Judge
8  Edward M. Chen, and (i) Order Setting Initial Case Management Conference and ADR
9  Deadlines, a copy of which have been served on Robert E. Cartwright, Jr., Esq. The Cartwright
10 Law Firm, Inc., 222 Front Street, 5th Floor, San Francisco, CA 94111 and counsel for co-
11 defendant Deere & Co., Timothy J. Ryan, Esq., Rebekka R. Martorano, Esq., Ryan & Fong,
12 2379 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833 on July 11, 2008, via U.S. Mail.

13     I declare under penalty of perjury that the foregoing is true and correct. Executed on July
14 11, 2008 in San Francisco, California.

                                      Yehimi Olvera

-2-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT