```
 1  RYAN & FONG
    TIMOTHY J. RYAN - 99542
 2  REBEKKA R. MARTORANO - 173600
    2379 Gateway Oaks Drive, Suite 100
 3  Sacramento, California 95833
    Telephone: (916) 924-1912
 4  Facsimile: (916) 923-3872
 5  Attorneys for Defendant
    DEERE & COMPANY
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JUANNA SANCHEZ (an individual); JUANNA SANCHEZ (as Guardian ad Litem for minor SUSANA SAMAGUEY); SANDRA SAMAGUEY; JUAN JESUS SAMAGUEY; GUILLERMINA ANDREA; and THE ESTATE OF JESUS SAMAGUEY<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED RENTALS, INC. (a corporation); DEERE AND COMPANY (a corporation); and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 08-03332 EMC<br><br>DEFENDANT DEERE & COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United Stated District Judge.

Dated: July 15, 2008                             RYAN & FONG

                                          By:    /s/ Rebekka R. Martorano
                                                 REBEKKA R. MARTORANO
                                                 Attorneys for Defendant
                                                 Deere & Company

1  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
Sanchez v. United Rentals, Inc.; et al.
2  Case No. C 08-03332 EMC

3  **CERTIFICATE OF SERVICE**

4  I, Dorothy L. Williams, certify and declare as follows:

5  I am over the age of 18 years and not a party to this action.

6  My business address is 2379 Gateway Oaks Drive, Suite 100, Sacramento, California, 95833,

7  which is located in the city, county and state where the mailing described below took place.

8  On July 15, 2008, I served the following document(s):

9  - **DEFENDANT DEERE & COMPANY'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

11  These documents were served on the following via United States Mail:

12  **Counsel for Plaintiffs:**
Robert E. Cartwright
13  Matthew J. Quinlan
The Cartwright Law Firm, Inc.
14  222 Front Street, 6th Floor
San Francisco, CA 94111

15  **Counsel for Defendant United Rentals, Inc.:**
16  Jon C. Yonemitsu
Gordon & Rees, LLP
17  275 Battery Street, Suite 2000
San Francisco, CA 94111

19  I declare under penalty of perjury under the laws of the State of California that the foregoing

20  is true and correct, executed this 15th day of July, 2008, in Sacramento, California.

22                                     /s/ Dorothy L. Williams
                                   Dorothy L. Williams