**RYAN & FONG**
**TIMOTHY J. RYAN - 99542**
**REBEKKA R. MARTORANO - 173600**
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Defendant
DEERE & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANNA SANCHEZ (an individual); JUANNA SANCHEZ (as Guardian ad Litem for minor SUSANA SAMAGUEY); SANDRA SAMAGUEY; JUAN JESUS SAMAGUEY; GUILLERMINA ANDREA; and THE ESTATE OF JESUS SAMAGUEY<br><br>       Plaintiffs,<br><br>vs.<br><br>UNITED RENTALS, INC. (a corporation); DEERE AND COMPANY (a corporation); and DOES 1 through 20, inclusive,<br><br>       Defendants. | CASE NO. C 08-03332 EMC<br><br>**DEFENDANT DEERE & COMPANY'S DEMAND FOR JURY TRIAL** |

Defendant Deere & Company hereby demands trial by jury to this action.


Dated:  July 15, 2008                    RYAN & FONG


                                    By:_____/s/ Rebekka R. Martorano_____
                                         REBEKKA R. MARTORANO
                                         Attorneys for Defendant
                                         Deere & Company

1

1 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Sanchez v. United Rentals, Inc.; et al.
2 | **Case No. C 08-03332 EMC**

3 | ### CERTIFICATE OF SERVICE

4 | I, Dorothy L. Williams, certify and declare as follows:

5 | I am over the age of 18 years and not a party to this action.

6 | My business address is 2379 Gateway Oaks Drive, Suite 100, Sacramento, California, 95833,

7 | which is located in the city, county and state where the mailing described below took place.

8 | On July 15, 2008, I served the following document(s):

9 | • **DEFENDANT DEERE & COMPANY'S DEMAND FOR JURY TRIAL**

10 | These documents were served on the following via United States Mail:

11 | **Counsel for Plaintiffs:**
Robert E. Cartwright
12 | Matthew J. Quinlan
The Cartwright Law Firm, Inc.
13 | 222 Front Street, 6th Floor
San Francisco, CA 94111

14 |

15 | **Counsel for Defendant United Rentals, Inc.:**
Jon C. Yonemitsu
Gordon & Rees, LLP
16 | 275 Battery Street, Suite 2000
San Francisco, CA 94111

17 |

18 | I declare under penalty of perjury under the laws of the State of California that the foregoing

19 | is true and correct, executed this 15th day of July, 2008, in Sacramento, California.

20 |

21 | _____/s/ Dorothy L. Williams_____
Dorothy L. Williams
22 |

23 |

24 |

25 |

26 |

27 |

28 |