1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  JUANNA SANCHEZ (an individual), JUANNA ) <br> SANCHEZ, as guardian ad litem for minor SUSANA ) <br> 9  SAMAGUEY, SANDRA SAMAGUEY, JUAN ) <br> JESUS SAMAGUEY, GUILLERMINA ANDREA, ) <br> 10  and THE ESTATE OF JESUS SAMAGUEY, ) <br> ) <br> 11         Plaintiffs ) <br> ) <br> 12  v. ) <br> ) <br> 13  UNITED RENTALS, INC., DEERE AND ) <br> COMPANY and Does 1 through 20, ) <br> 14  ) <br>         Defendants ) <br> 15  ) <br>  ) | CASE NO. CV 08 3332 EMC <br><br> **[PROPOSED] ORDER** |

16

17    This matter came on regularly for hearing on September 10, 2008 in Courtroom C, 15th

18 Floor located at 450 Golden Gate Avenue, San Francisco, California 94102.

19    Having considered the moving, opposition and reply papers, and oral argument of

20 counsel at the hearing, and good cause appearing, the Court hereby finds:

21    Plaintiff Juanna Sanchez has failed to state sufficient facts to establish standing pursuant

22 to California Code of Civil Procedure 377.60.  Accordingly, pursuant to Federal Rule of Civil

23 Procedure 12(b)(6), Plaintiff Juanna Sanchez has failed to state a claim upon which she can seek

24 relief and, therefore, is DISMISSED with prejudice from the above-entitled action.

25    IT IS SO ORDERED.

26

27 Dated: _____
                                          JUDGE OF THE U.S. DISTRICT COURT
28

-2-

1  Respectfully submitted by:

2  CHARLES S. CUSTER (SBN: 124270)
   *ccuster@gordonrees.com*
3  JON C. YONEMITSU (SBN: 199026)
   *jyonemitsu@gordonrees.com*
4  PAUL A. VACQUIER (SBN: 253740)
   *pvacquier@gordonrees.com*
5  GORDON & REES LLP
   Embarcadero Center West
6  275 Battery Street, Suite 2000
   San Francisco, CA  94111
7  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
8
   Attorneys for Defendant
9  UNITED RENTALS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER                                        Case No. CV 08 3332 EMC