**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

### July 21, 2008

**CASE NUMBER: CV 08-03332 EMC**
**CASE TITLE: JUANNA SANCHEZ-v-UNITED RENTALS INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/21/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 7/21/08 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA