CHARLES S. CUSTER (SBN: 124270)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
UNITED RENTALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANNA SANCHEZ (an individual), JUANNA SANCHEZ, as guardian ad litem for minor SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY,<br><br>Plaintiffs<br><br>v.<br><br>UNITED RENTALS, INC., DEERE AND COMPANY and Does 1 through 20,<br><br>Defendants | CASE NO. C 08-03332  EMC<br><br>**CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

I, Terry Johnson, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 275 Battery Street, Suite 2000, San Francisco, California 94111, which is located in the city, county and state where the service described below took place.

3. On July 23, 2008, I served counsel for plaintiff Juanna Sanchez, the adverse party, Robert E. Cartwright, Jr., Esq. The Cartwright Law Firm, Inc., 222 Front Street, 5th Floor, San Francisco, CA 94111 and counsel for co-defendant Deere & Co., Timothy J. Ryan, Esq., Rebekka R. Martorano, Esq., Ryan & Fong, 2379 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833 a copy of the Case Management Scheduling Order For Reassigned Civil Case via U.S.

-2-

1  Mail by placing the document listed above in a sealed envelope with postage thereon fully
2  prepaid, in United States mail in the State of California at San Francisco, addressed as set forth
3  above. I am readily familiar with the firm's practice of collection and processing
4  correspondence for mailing. Under that practice it would be deposited with the U.S. Postal
5  Service on that same day with postage thereon fully prepaid in the ordinary course of business. I
6  am aware that on motion of the party served, service is presumed invalid if postal cancellation
7  date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
8      I declare under penalty of perjury that the foregoing is true and correct.
9      Executed on July 23, 2008 in San Francisco, California.
10                         /s/
11                         _____
                           Terry L. Johnson

-2-
CERTIFICATE OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE