1  ROBERT E. CARTWRIGHT, JR., ESQ. (SBN: 104284)
   MATTHEW J. QUINLAN, ESQ. (SBN: 236507)
2  THE CARTWRIGHT LAW FIRM, INC.
   222 Front Street, Fifth Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-0444
4  Fax: (415) 433-0449

5  Attorneys for Plaintiffs Juanna Sanchez, Sandra Samaguey, Juan Jesus Samaguey, Susana
   Samaguey, Guillermina Andrea, and The Estate of Jesus Samaguey
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 JUANNA SANCHEZ (an individual),           )  CASE NO. C 08-03332 CW
   JUANNA SANCHEZ (as Guardian ad Litem      )
11 for minor SUSANA SAMAGUEY),               )  PLAINTIFFS' STATEMENT OF
   SANDRA SAMAGUEY, JUAN JESUS               )  NONOPPOSITION
12 SAMAGUEY, GUILLERMINA ANDREA,             )
   and THE ESTATE OF JESUS                   )  Date: September 4, 2008
13 SAMAGUEY,                                 )  Time: 2:00 p.m.
                                             )  Judge: Hon. Claudia Wilken
14         Plaintiffs,                       )  Courtroom: 2, 4th Floor
                                             )
15    vs.                                    )  Complaint Filed: February 19, 2008
                                             )
16 UNITED RENTALS, INC. (a corporation);     )
   DEERE AND COMPANY (a corporation);        )
17 and DOES 1 through 20, inclusive,         )
                                             )
18         Defendants.                       )
   _____)
19

20      Plaintiffs JUANNA SANCHEZ (as an individual, and Guardian ad Litem for minor

21 SUSANA SAMAGUEY), SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY,

22 GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY (hereinafter

23 "Plaintiffs"), by and through their attorneys, The Cartwright Law Firm, Inc., hereby submit this

24 Statement of Nonopposition to the following: (1) Defendants United Rentals, Inc. and Deere and

25 Company's Motions to Dismiss for Failure to State A Claim Upon Which Relief Can Be Granted

26      \\\

27      \\\

28      \\\

C 08-03332 CW: PLAINTIFFS' STATEMENT OF NONOPPOSITION

1

to the extent Defendants motions apply to Plaintiff Juana Sanchez as an individual; and (2) Defendant United Rentals, Inc.'s Notice of Removal of Action to Federal Court on Basis of Diversity Jurisdiction (28 U.S.C. § 1441(b)).

    Plaintiffs do not admit or stipulate to any fact, legal argument, or any other statement expressed in Defendants' moving papers. Plaintiffs, however, will not oppose Defendants' Motions as listed above.

Dated: August 14, 2008

THE CARTWRIGHT LAW FIRM, INC.

By: /s/
Matthew J. Quinlan, Esq.
*Attorney for Juanna Sanchez, Sandra Samaguey, Juan Jesus Samaguey, Susana Samaguey, Guillermina Andrea, and The Estate of Jesus Samaguey*

C 08-03332 CW: PLAINTIFFS' STATEMENT OF NONOPPOSITION