| | |
|---|---|
| 1 | CHARLES S. CUSTER (SBN: 124270) |
|   | *ccuster@gordonrees.com* |
| 2 | JON C. YONEMITSU (SBN: 199026) |
|   | *jyonemitsu@gordonrees.com* |
| 3 | BARBARA ANN CAULFIELD (SBN: 160667) |
|   | *bcaulfield@gordonrees.com* |
| 4 | GORDON & REES LLP |
|   | Embarcadero Center West |
| 5 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA  94111 |
| 6 | Telephone:  (415) 986-5900 |
|   | Facsimile:  (415) 986-8054 |
| 8 | Attorneys for Defendant |
|   | UNITED RENTALS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANNA SANCHEZ (an individual), JUANNA SANCHEZ, as guardian ad litem for minor SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY,<br><br>Plaintiffs<br><br>v.<br><br>UNITED RENTALS, INC., DEERE AND COMPANY and Does 1 through 20,<br><br>Defendants | CASE NO. CV 08 3332 EMC<br><br>Case No. RG 08-371861 (Alameda County Superior Court)<br><br>**REPLY TO STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:         September 4, 2008<br>Time:        2:00 p.m.<br>Judge:       Hon. Claudia Wilken<br>Courtroom: Two, 4th Floor<br><br>Accompanying Papers:  [Proposed] Order<br><br>Complaint Filed On:  February 19, 2008 |

  Defendant United Rentals, Inc. ("United Rentals"), submits the following in response to the Statement of Non-Opposition submitted by plaintiffs in response to United Rentals' Motion to Dismiss.

  The Motion was brought on the grounds that Juanna Sanchez, the common law wife of decedent, Jesus Samaguey, does not have standing to bring an action for wrongful death.

URENT/1049905/5893815v.1

-1-

DEFENDANT UNITED RENTAL'S REPLY TO STATEMENT OF NON-OPPOSITION
TO MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)                                              Case No. CV 08 3332 EMC

1  Plaintiffs do not oppose the motion to dismiss the claim of Juanna Sanchez for wrongful death
2  and the motion should be granted.
3  　　Based on the grounds set forth in the Motion, and the lack of opposition from plaintiffs,
4  the Motion should be granted and the claim for Juanna Sanchez for damages arising out of the
5  wrongful death of Jesus Samaguey should be dismissed.

7  Dated: August 21, 2008                    GORDON & REES LLP

9                                             By:_____/S/_____
10                                                CHARLES S. CUSTER
                                                  JON C. YONEMITSU
11                                                BARBARA ANN CAULFIELD
                                                  Attorneys for Defendant
                                                  UNITED RENTALS, INC.

-2-
DEFENDANT UNITED RENTAL'S REPLY TO STATEMENT OF NON-OPPOSITION
TO MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)                    Case No. CV 08 3332 EMC