UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANNA SANCHEZ (an individual), JUANNA SANCHEZ, as guardian ad litem for minor SUSANA SAMAGUEY, SANDRA SAMAGUEY, JUAN JESUS SAMAGUEY, GUILLERMINA ANDREA, and THE ESTATE OF JESUS SAMAGUEY,<br><br>Plaintiffs<br><br>v.<br><br>UNITED RENTALS, INC., DEERE AND COMPANY and Does 1 through 20,<br><br>Defendants | CASE NO. CV 08 3332 CW<br><br>[PROPOSED] ORDER |

This matter came on regularly for hearing on September 4, 2008 in Courtroom Two, 4th Floor located at 450 Golden Gate Avenue, San Francisco, California 94102.

Having considered the moving, opposition and reply papers, and oral argument of counsel at the hearing, and good cause appearing, the Court hereby finds:

Plaintiff Juanna Sanchez has failed to state sufficient facts to establish standing pursuant to California Code of Civil Procedure 377.60. Accordingly, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Juanna Sanchez has failed to state a claim upon which she can seek relief and, therefore, her individual claim is DISMISSED with prejudice from the above-entitled action.

IT IS SO ORDERED.

Dated: _____

JUDGE OF THE U.S. DISTRICT COURT

-2-

1
2  Respectfully submitted by:
3  CHARLES S. CUSTER (SBN: 124270)
   *ccuster@gordonrees.com*
4  JON C. YONEMITSU (SBN: 199026)
   *jyonemitsu@gordonrees.com*
5  BARBARA ANN CAULFIELD (SBN: 160667)
   *bcaulfield@gordonrees.com*
6  GORDON & REES LLP
   Embarcadero Center West
7  275 Battery Street, Suite 2000
   San Francisco, CA  94111
8  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
9
   Attorneys for Defendant
10 UNITED RENTALS, INC.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

[PROPOSED] ORDER                                                  Case No. CV 08 3332 EMC