IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANNA SANCHEZ; JUANNA SANCHEZ (as Guardian ad Litem for minor SUSANA SAMAGUEY); SANDRA SAMAGUEY; JUAN JESUS SAMAGUEY; GUILLERMINA ANDREA; and THE ESTATE OF JESUS SAMAGUEY,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED RENTALS, INC.; and DEERE & COMPANY,<br><br>     Defendants.<br>_____/ | No. C 08-3332 CW<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONS TO DISMISS |

Defendants Deere & Company and United Rentals Inc. have each filed a motion to dismiss Plaintiff Juanna Sanchez's claims based on the alleged wrongful death of Jesus Samaguey. In the complaint, Plaintiffs allege that Sanchez brings her claims as decedent's common law wife. Defendants argue that this allegation is insufficient to establish that Sanchez has standing to pursue her claims because California does not recognize common law marriages. Plaintiffs have filed a statement of non-opposition. Having considered the parties' papers and good causing appearing therefor, the Court hereby GRANTS Defendants' motions to dismiss (Docket Nos. 8, 11). The hearing previously scheduled for September 4, 2008 is hereby VACATED. A case management conference will be held as

1  previously scheduled on October 21, 2008 at 2:00 PM.  A joint Case
2  Management Statement will be due seven days prior to the
3  conference.
4       IT IS SO ORDERED.
5           8/26/08
6  Dated: _____        _____
7                                         CLAUDIA WILKEN
                                          United States District Judge

2