1  JAMES C. HYDE (SBN 88394)
   BRIAN M. AFFRUNTI (SBN 227072)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, CA  95113-2429
   Telephone:    (408) 287-6262
4  Facsimile:    (408) 918-4501
   Email:        jhyde@rmkb.com
5                baffrunti@rmkb.com

6  Attorneys for Defendant
   UNITED RENTALS NORTHWEST, INC.
7  (erroneously sued herein as United Rentals, Inc.)

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12 | JUANNA SANCHEZ (an individual), | CASE NO. C08-03332 CW |
   | JUANNA SANCHEZ (as Guardian ad | |
13 | Litem for minor SUSANA SAMAGUEY), | |
   | SANDRA SAMAGUEY, JUAN JESUS | **STIPULATION FOR EXTENSION OF** |
14 | SAMAGUEY, GUILLERMINA ANDREA | **DEADLINE TO COMPLETE MEDIATION** |
   | and THE ESTATE OF JESUS | **AND REQUEST FOR COURT ORDER** |
15 | SAMAGUEY, | |

16            Plaintiffs,

17    v.

18  UNITED RENTALS, INC. (a corporation);    Trial Date:    July 12, 2010
    DEERE AND COMPANY (a corporation);
19  and DOES 1 through 20, inclusive,

20            Defendants.

21

22       The parties, through their counsel of record, hereby stipulate as follows:

23       1.  On October 23, 2008, the Court referred this case to Private Mediation with said

24  process to be completed by January 30, 2009.

25       2.  Counsel for UNITED RENTALS NORTHWEST, INC. recently substituted in as

26  counsel on December 17, 2008 and promptly filed an initial appearance by UNITED RENTALS

27  NORTHWEST, INC. on December 23, 2008.

28       3.  The parties need to complete further discovery including the depositions of party

RC1/5247773.1/BMA

STIPULATION FOR EXTENSION OF
DEADLINE TO COMPLETE MEDIATION
C08-03332 CW

1  witnesses in ordered to be prepared to participate in a meaningful mediation.

2      4.    The parties hereby request an extension to the deadline to complete private
3  mediation by 120 days, with said process to be completed by May 29, 2009.

4      5.    There have been no prior requests for modification of any scheduling order in this
5  case.

6      6.    Trial in this case is set for July 12, 2010. The requested extension of the deadline
7  for completion of mediation from January 30, 2009 to May 29, 2009 will not have any effect on
8  discovery deadlines or the trial of this case.

9  IT IS SO STIPULATED.

10  Dated: January 30, 2009            ROPERS, MAJESKI, KOHN & BENTLEY

12  By: _____
13  JAMES C. HYDE
    BRIAN M. AFFRUNTI
    Attorneys for UNITED RENTALS
14  NORTHWEST, INC. (erroneously sued
    herein as United Rentals, Inc.)

16  Dated: January ____, 2009          THE CARTWRIGHT LAW FIRM, INC.

18  By: _____
    MATTHEW J. QUINLAN
19  Attorneys for Plaintiffs

21  **ORDER**

22  Pursuant to the Stipulation above, the deadline to complete Private Mediation is extended
23  and the Parties shall complete said process no later than May 29, 2009.

24  IT IS SO ORDERED.

26  Dated:_____            _____
    The Honorable Claudia Wilkin
27  UNITED STATES DISTRICT JUDGE

*Ropers Majeski Kohn & Bentley — A Professional Corporation, San Jose*

witnesses in ordered to be prepared to participate in a meaningful mediation.

4. The parties hereby request an extension to the deadline to complete private mediation by 120 days, with said process to be completed by May 29, 2009.

5. There have been no prior requests for modification of any scheduling order in this case.

6. Trial in this case is set for July 12, 2010. The requested extension of the deadline for completion of mediation from January 30, 2009 to May 29, 2009 will not have any effect on discovery deadlines or the trial of this case.

IT IS SO STIPULATED.

Dated: January ____, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
JAMES C. HYDE
BRIAN M. AFFRUNTI
Attorneys for UNITED RENTALS NORTHWEST, INC. (erroneously sued herein as United Rentals, Inc.)

Dated: January 29, 2009

THE CARTWRIGHT LAW FIRM, INC.

By:_____
MATTHEW J. QUINLAN
Attorneys for Plaintiffs

**ORDER**

Pursuant to the Stipulation above, the deadline to complete Private Mediation is extended and the Parties shall complete said process no later than May 29, 2009.

IT IS SO ORDERED.

Dated: 2/2/09

_____
The Honorable Claudia Wilkin
UNITED STATES DISTRICT JUDGE

RCI/5247773.1/BMA

- 2 -

STIPULATION FOR EXTENSION OF DEADLINE TO COMPLETE MEDIATION
C08-03332 CW